50,350-02,03,06

Dear Mr. Acosta                          11-16-15

I've written to you in the past requesting a docket
sheet which would show all my prior filing of my
past 11.07's under cause # 779737. This cause number
was left out of my first letter. So in adding it to this one.
Thank You for Your Generous Help In This Matter.

                          Sincerely,
                          s/ Robert mitchell Alexander
                          Robert mitchell Alexander
                          TDCJ-ID 830440
                          Mark W. Stiles Unit
                          3060 FM 3514
                          Beaumont, Texas 77705-763860

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk